*Mr. C. M. Parr,* for Appellant.

---

No. 2,372.—THOMAS ALEXANDER, RESPONDENT, *v.* A. C. WILSON, APPELLANT.

*Appeal from District Court, Rosebud County; C. H. Loud, Judge.*

Decided January 14, 1907.

PER CURIAM.—On motion of respondent, supported by affidavit, the appeal in the above-entitled cause is hereby dismissed, for failure of appellant to file brief within the time allowed by the Rules of this court.

*Mr. J. C. Lyndes* and *Mr. Geo. W. Farr,* for Appellant.